# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA GONTES,<br><br>                  Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>                  Defendant. | Case No. EDCV 16-00379-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: February 13, 2017

                                                        */s/ John E. McDermott*
                                                       JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE